PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PATRICK L. WEAVER (#641-925), | ) ) ) CASE NO. 4:14cv311 |
| Plaintiff, | ) ) |
| v. | ) JUDGE BENITA Y. PEARSON ) ) |
| BRIAN MOAMIS, *et al.*, | ) **MEMORANDUM OF OPINION AND** ) **ORDER** [Regarding ECF Nos. 20; 24; 28; |
| Defendants. | ) 30] |

  On February 3, 2015, Magistrate Judge George J. Limbert issued an Interim Report and Recommendation (ECF No. 30) recommending that the Court deny Defendants Sheriff Altiere and Trumbull County's first motion to dismiss (ECF No. 20) as moot, grant Defendants Sheriff Altiere and Trumbull County's second motion to dismiss (ECF No. 24), deny Plaintiff's motion for default judgment (ECF No. 28), and order Officer Moamis to provide copies of both of the answers, as well as all future pleadings, to Plaintiff at the address listed on the docket.

  The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a report and recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a report and recommendation within 14 days of service. *Id.*; Fed. R. Civ. Pro. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

(4:14cv311)

In the instant case, objections to the Interim Report and Recommendation were due by February 17, 2015. No objections have been filed. Accordingly, the Court adopts the Interim Report and Recommendation (ECF No. 30).

IT IS SO ORDERED.

| | |
|---|---|
| February 27, 2015 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |